Samuel Richards and Edward Richards, copartners under the firm name and style of S. Richards & Sons, and W. H. Neel, Sheriff of Franklin County, Florida, Appellants, v. J. D. Howell, Appellee.

#### Division B.

Appeal from Circuit Court, Franklin county; John W. Malone, Judge.

C. L. Wilson for appellants.

No appearance for appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal. The decree is affirmed.

Decision *Per Curiam.*